

# NUMBER 13-14-00427-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **MIGUEL ANGEL ORTIZ JR.,** | **Appellant,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

# O R D E R

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the State's unopposed motion to direct the trial court clerk to submit the original of State's Exhibit No. 10a, a videotape of a 911 call admitted into evidence at trial in Cause No. CR-3085-13-H, to this Court.

The Court, having fully examined and considered appellant's motion to direct the trial court clerk to forward an original exhibit, is of the opinion that the motion should be

granted.   Appellant's motion is hereby GRANTED.   The clerk of the trial court is hereby ORDERED to forward the original of State's Exhibit No. 10a admitted at trial in Cause No. CR-3085-13-H to this Court within fifteen days from the date of this order.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
14th day of April, 2015.